MARIANNE RISSER *v.* BURTON RISSER
(12640)

HEIMAN, SCHALLER and HENNESSY, Js.

Argued March 23—decision released April 25, 1995

*Marianne Risser,* pro se, the appellant (plaintiff).
*Miles F. McDonald, Jr.,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.